# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

HORACE ELLIS, JR., :

        Plaintiff,    :    Case No. 3:08-cv-420

  - vs -    :    District Judge Thomas M. Rose
                                          Magistrate Judge Michael R. Merz

COMMISSIONER OF    :
SOCIAL SECURITY,

                                       :

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #8), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on May 4, 2009, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that this case is DISMISSED without prejudice for failure to prosecute.

May 6, 2009                               **\*S/THOMAS M. ROSE**

                                                                   Thomas M. Rose
                                                           United States District Judge